# CHARLESTON

WASHINGTON NAT. BUILDING & LOAN ASSOCIATION v.
DANIELS.

Submitted February 13, 1907.    Decided April 18, 1907.

Appeal from Circuit Court, Tucker County.

Bill by the Washington National Building & Loan Association against Roscoe B. Daniels and others.    Decree for defendants, and plaintiff appeals.

*Reversed.    Remanded.*

FORREST W. BROWN, for appellant.

J. P. SCOTT, for appellees.

BRANNON, JUDGE:

The decision of this case is governed by the principles stated in the opinion prepared by JUDGE MILLER in the case of the *Washington National Building & Loan Association* v. *Buser*, decided at this term.

The decree of the circuit court of Tucker county is reversed and the case remanded to that court.

*Reversed.    Remanded.*